BERTHA S. HUNT, Respondent, *v.* LANSING W. DEKIN et al., Appellants.

Argued June 4, 1948; decided July 16, 1948.

*James B. Gitlitz* for Lansing W. Dekin and another, appellants.
*Fred A. Young* for County of Lewis, appellant.
*George S. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.